**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| BAPTKO, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:25-CV-3497 |
| | § | |
| FOUNDATION AUTOMOTIVE US CORP., | § | |
| | § | |
| *Defendant.* | § | |

## JOINT STIPULATION OF REMAND TO STATE COURT

Plaintiff BAPTKO, Inc. ("Plaintiff") and Defendant Foundation Automotive US Corp. ("Defendant") (together, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiff commenced this action by filing Plaintiff's Original Petition on June, 27, 2025 (the "Petition"), in the 151st Judicial District Court in the County of Harris, State of Texas (the "State Court"), Cause No. 2025-44872 (the "State Case").

2.      On July 29, 2025, Defendant removed this action to this Court.

3.      The following day, on July 30, 2025, Plaintiff filed a Motion to Remand ("Motion") this action to the State Court.

4.      On August 6, 2025, Defendant filed its Answer to Plaintiff's Petition with this Court.

5.      During a conferral call between counsel on August 7, 2025, the Parties agreed that remand of this action to the 151st Judicial District Court of Harris County, Texas is appropriate and agreed to bear their own fees and costs associated with such remand.

2

WHEREFORE, the Parties respectfully request that the Court enter an order remanding this action to the 151st Judicial District Court in Harris County, Texas.

Respectfully submitted this 8th day of August, 2025.

**WICK PHILLIPS GOULD & MARTIN, LLP**

By:   *s/Justin G. Bates*
JEFFREY W. HELLBERG, JR.
JUSTIN G. BATES
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
(214) 692-6200
Jeff.Hellberg@wickphillips.com
Justin.Bates@wickphillips.com

*Attorneys for Plaintiff*

**LELAND SHAFFER LLP**

By:   *s/ Kensye N. Wood*
MAXWELL N. SHAFFER
KENSYE N. WOOD
8694 E. 28th Avenue
Denver, Colorado 80238
(720) 556-1872
Maxwell.Shaffer@lelandshaffer.com
Kensye.Wood@lelandshaffer.com

*Attorneys for Defendant*